No. 756. GONZALES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Henry A. Kiker, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 759. ALLIS-CHALMERS MANUFACTURING CO. v. LOCAL 248, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO; No. 760. WISCONSIN EMPLOYMENT RELATIONS BOARD v. LOCAL 248, UNITED AUTOMOBILE, AIRCRAFT & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, AFL–CIO; and No. 761. CAREY ET AL. v. LODGE 78, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO. Supreme Court of Wisconsin. Certiorari denied. *John G. Kamps, James Urdan* and *John L. Waddleton* for petitioner in No. 759. *John W. Reynolds,* Attorney General of Wisconsin, and *Beatrice Lampert,* Assistant Attorney General, for petitioner in No. 760. *John H. Wessel* for petitioners in No. 761. *Max Raskin, Harold A. Cranefield* and *Philip L. Padden* for respondent in No. 760. *Robert E. Gratz* for respondent in No. 761. Reported below: 11 Wis. 2d 277, 105 N. W. 2d 271; 11 Wis. 2d 292, 105 N. W. 2d 278.

No. 763. CHANDLER v. BROWN ET AL. C. A. 5th Cir. Certiorari denied. *Alfred Petsch* for petitioner. *Davis Scarborough* for Brown, respondent.

No. 772. PINKSTAFF v. PENNSYLVANIA RAILROAD CO. Supreme Court of Illinois. Certiorari denied. *James A. Dooley* and *William C. Wines* for petitioner. *Howard Ellis* and *Robert H. Bierma* for respondent.